IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                                          Cr. No. 2:03CR20010-001

GLORIA DARLENE GOMEZ                                                                        DEFENDANT

ORDER FOR REMISSION OF FINE

Now on this 14th day of September, 2010, comes on to be considered the United States' Petition for Remission of Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On August 1, 2003, Defendant was sentenced to twenty-one months incarceration, four years of supervised release, a $100.00 special assessment and a $1,500.00 fine.

2. The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine... are not likely to be effective, the court may, in the interest of justice - -
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties.  This statute shall apply to all fines and assessments, irrespective of the date of imposition."

3. The United States has been unable to collect the remaining fine balance of $292.00, and that there is no reasonable likelihood that the fine can be collected.

4. Upon due consideration, the United States' Petition for Remission of Fine is hereby granted and Defendant's fine is remitted.

IT IS SO ORDERED.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE